

# In The United States Court Of Appeals

# For The Fourth Circuit

| | | |
|---|---|---|
| **Under Seal** | ) | **FILED UNDER SEAL** |
| vs | ) | No : 22-1438 |
| Virginia Board Of Medicine | ) | |

================================================================

### Re: Petition For Appeal

### From The U.S. District Court Eastern District Of Virginia

### Case No 1:20-cv-01406

# 𝔐𝔬𝔱𝔦𝔬𝔫 𝔗𝔬 𝔖𝔢𝔞𝔩 𝔄𝔩𝔩 𝔕𝔢𝔠𝔬𝔯𝔡

▬▬▬▬, Pro Se , kindly, comes now For The sake of Justice and for The Good cause as shown below humbly requesting This Relief by the Seal Of ALL RECORD of this case For the Good Cause & for the safety and privacy of the appellant Included Confidentiality Certificate as detailed below:

## Background Introduction

i) Attached is The Oct 4,2021 The Honorable United States Supreme Court order to Grant Appellant The Seal Of His Petition for a writ of Certiorari No 21-5876 (▬▬▬ ▬▬▬▬ vs Virginia Board Of Medicine, The United States Supreme Court recognizes The importance of the safety and the privacy of the appellant who is a whistle Blower Informant to The Government in sensitive matters.

Appellant is a whistle blower /Informant for the United States Government in federal cases in the Eastern District Of Virginia for more than a decade. ( Exh 1).

ii) The United States requested to seal the identity of the appellant in such related cases due to the matter and sensitivity of the investigation for the sake of safety and privacy of the appellant .( Exh B).

"The court ordered the government to respond to ▬▬▬ ▬▬▬▬ Motions (Document 45),Document 29 is a Motion to Seal . The government does not oppose the Motion to Seal, and

files its response under Seal. The government recognizes the importance of keeping the nature and extent of ▓▓▓▓▓▓▓ cooperation undisclosed. Just recently, the Fourth Circuit reaffirmed the need to seal documents referring to those cooperating with the government. (United States v. Doe, 962 F.3d 139, 147-48 (4th Circuit. 2020) ("In these circumstances, we have no difficulty concluding that protecting cooperators from harm is a compelling interest than can justify sealing."

iii) The Federal Court Granted such request from the Government to seal The identity of the Informant .(Exh C).

iv) All Appellant filing of brief, index, supporting document including the lower court seal order from the Fairfax county circuit court were all filed UNDER SEAL .(Exh D)

v) The appellee response filing ( The Virginia Board Of Medicine) was filed UNDER SEAL.( Exh E)

vi) The filing Of Appellant brief , evidence, index, supporting documents as well as appellant reply brief all include identifying sealed information of Informant activities and cooperation against Targeted defendants in federal court cases in The Eastern District which the Government requested and the court had granted the SEAL OF SUCH INFORMANT COOPERATION SENSETIVE MATTERS.

vii) **Where The Honorable courts had placed the appellant and the appellee filings under seal , applicant prays to the Honorable Kentucky Court to honor his relief to seal .**

## Legal Argument

The Court has the Inherent power to seal materials submitted to it. ,Se e United States v. Wuagnetu,683 F.2d 1343, 1351(11thCir. 1982); State of Arizona v. Maypenny, 672F.2d761,765 (9th Cir. 7982); Times Mirror Company v. United States,873 F.2d 1210 (9th Cir. 1989); see also Shea v. Gabriel, 520 F.2d 879 (1st Cir. 975);United States v. Hubbard,650 F.2d 293 @.C. Cir. 1980); In re Braughton, 520 F.2d,765,766 (9th Cir.1975). "The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests:, In re Knight pub. Co.,743 F.2d,231,235 (4thCir. 1984).

A Grant of relief require Appellant to demonstrate:

1-The likelihood of irreparable harm to plaintiff if relief is denied.

2-The likelihood of no harm to the defendant if the relief is granted.

3-The likelihood the plaintiff will succeed on the merits.

4- Public Interest.

winter v. Natural Resources Defense Counsel ,Inc 555 US .7,20(2000) "these factors are not ,however, all weighted equally" Hughes Network Sys,Inc v.Interdigital comm. corp,17 F3d 691,693 (4th Cir,1994) .The balance of "relevant harms to plaintiff and the defendant is the most important factor citing rum creek coal sales inc . v. Caperton ,926 F 2d 353,359 (4th Cir 1991).

1: Plaintiff's identity as whistle blower Informant in sensitive Government matters current federal and state investigations being exposed in the Internet public court order opinion placed informant in great danger clearly for him as well as his family .

2- The Defendant does not bear any harm if the identity of the Informant is kept under seal as requested by the government and granted in Honorable US Supreme, US Appeal Court, US District , state of VA circuit Court Fairfax County Circuit court orders.

3-The likelihood of appellant success on the merits is clearly shown on all supporting documents of evidence.

4- The Public Interest is clearly evident in securing a safer America in protecting ongoing federal and state investigations by our Government in which appellant is the CI.

## Conclusion

Therefore ,Kindly comes appellant for the sake of his safety and privacy and in compliance with the Government request and the other courts seal order, to request the sealing of ALL appeal Record , prohibiting any public exposure of such matter.

Kindly submitted



May,6th,2022

## CERTIFICATE OF SERVICE

I hereby certify that on this_____ day of ___,__ 2022,a copy has been filed with the court through 1st class U.S Mail and to the Appellee 's Counsel address on record .

